LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY L. FEARS AND DEBORAH J. FEARS,<br><br>Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., AND ASTRAZENECA, L.P.<br><br>Defendants. | Case No. C 06 1745 MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>HON. MAXINE M. CHESNEY |

   NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: March 29, 2006              **LEVIN SIMES KAISER & GORNICK LLP**

                                                    _____
                                                    Emily Charley
                                                    Attorneys for Plaintiffs

Dated: March 31, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney